COMMONWEALTH of Pennsylvania,
Respondent

v.

Leon FRAZIER, Petitioner.

Supreme Court of Pennsylvania.

Aug. 19, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 19th day of August, 2008, the Motion to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Herbert J. BLAKENEY, Petitioner.

Supreme Court of Pennsylvania.

Aug. 19, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 19th day of August, 2008, the Application for Leave to File Original Process is GRANTED, and the Petition for Extraordinary Relief and/or Writ of Mandamus is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Edward BENNETT, Petitioner.

Supreme Court of Pennsylvania.

Aug. 20, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 20th day of August, 2008, the Petition for Leave to File Nunc Pro Tunc is DENIED.